IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CAMBRIDGE BUSINESS SOLUTIONS, INC., a Kentucky corporation,

Plaintiff,

v.

QUINSTREET, INC., Delaware corporation and NARROWCAST GROUP LLC, a Kentucky limited liability company,

Defendants.

Case No.:  3-12-cv-243-S

Judge:

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF CAMBRIDGE BUSINESS SOLUTIONS, INC.

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Cambridge Business Solutions, Inc., states that there is no parent corporation or any publicly held corporation owning 10% or more of Cambridge's stock.

Respectfully submitted,

Dated:  May 10, 2012

 s/Brett A. Schatz
Brett A. Schatz
bschatz@whe-law.com
Trial Attorney
Wood, Herron & Evans LLP.
2700 Carew Tower
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Fax: (513) 241-6234

Attorneys for Plaintiff Cambridge Business Solutions, Inc.

1

Of Counsel

P. Andrew Blatt
dblatt@whe-law.com
Stephen E. Gillen
sgillen@whe-law.com
Wood, Herron & Evans LLP.
2700 Carew Tower
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Fax: (513) 241-6234