UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

*Electronically Filed*

| | | |
|---|---|---|
| CAMBRIDGE BUSINESS SOLUTIONS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | Civil Action No. 3:12-CV-00243-CRS |
| QUINSTREET, INC., et al | ) ) | |
| DEFENDANTS | ) | |

**SECOND AMENDED JOINT ANSWER
AND
AMENDED COUNTERCLAIM OF NARROWCAST GROUP, LLC**

For their Second Amended Joint Answer to Plaintiff's Complaint and Amended Counterclaim, Defendants QuinStreet, Inc. and NarrowCast Group, LLC ("NarrowCast"), by counsel, state as follows:

1.       Defendants incorporate and adopt their Amended Joint Answer and Amended Counterclaim herein with the exception of the response to Paragraph 14 of the Complaint.

2.       In response to the allegations in Paragraph 14 of the Complaint, Defendants amend their Answer as follows:  At the time they filed their Amended Joint Answer and Amended Counterclaim herein, NarrowCast was still using the computer code/software that Cambridge developed for it in operating NarrowCast's IT Business Edge website.  NarrowCast discontinued all use of that computer code/software on August 12, 2012.  Defendants, therefore, now deny all of the allegations in Paragraph 14.

Respectfully submitted,

 s / *J. Brooken Smith*
David A. Calhoun
dcalhoun@wyattfirm.com
Matthew A. Williams
mwilliams@wyattfirm.com
J. Brooken Smith
bsmith@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Phone:  (502) 589.5235
Facsimile:  (502) 589-0309

*Counsel for Defendants, Quinstreet, Inc. and Narrowcast Group, LLC*

60242091.2