UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | |
|---|---|
| CAMBRIDGE BUSINESS SOLUTIONS, INC. ) ) ) | |
|     PLAINTIFF ) ) | |
| v. ) ) | Civil Action No. 3:12-CV-00243-CRS |
| QUINSTREET, INC., *et al.* ) ) | |
|     DEFENDANTS ) | |

**LITIGATION PLAN AND DISCOVERY SCHEDULE OUTLINE**

On September 25, 2012, counsel for the parties conferred and agree as follows:

**I.   BRIEF DESCRIPTION OF CLAIMS**

Plaintiff Cambridge Business Solutions, Inc., ("Cambridge") asserts that defendants QuinStreet, Inc. ("QuinStreet") and NarrowCast Group, LLC ("NarrowCast") infringe Cambridge's copyrights in the Contact.Net software.

Defendants deny that they have infringed any copyright owned by Cambridge. Defendants assert that Cambridge assigned all copyrights to software it developed for NarrowCast, including, but not limited to, any software that Cambridge now calls Contact.Net. Alternatively, Defendants assert that Cambridge licensed the software to NarrowCast, that NarrowCast's use of the software was in accordance with the terms of the license, and that NarrowCast ceased all use of the software within a reasonable period of time after Cambridge purported to terminate the license.

**II.   PRE-DISCOVERY DISCLOSURES**

The parties agree to exchange initial disclosures under Fed. R. Civ. P. 26(a)(1)(A) on **October 9, 2012**.

**III.     NON-EXPERT DISCOVERY**

Cambridge will seek discovery regarding QuinStreet and NarrowCast's infringement of Cambridge's copyrights in the Contact.Net software.  Cambridge will also seek discovery related to damages.  Cambridge will also seek discovery related to QuinStreet and NarrowCast's affirmative defenses and NarrowCast's Amended Counterclaim.

QuinStreet and NarrowCast will seek discovery regarding Cambridge's denial of having assigned to NarrowCast the copyrights in software that Cambridge developed for NarrowCast, and its claim to have obtained and registered all copyrights in that software.  QuinStreet and NarrowCast will also seek discovery relating to Cambridge's allegations that NarrowCast violated the terms of the software license that Cambridge claims to have provided in lieu of an assignment.  QuinStreet and NarrowCast will also seek discovery regarding Cambridge's damage theories and claims, including, but not limited to, any claim by Cambridge that it is entitled to recover actual damages.

**IV.     EXPERT DISCOVERY**

Cambridge will provide expert testimony on the issue of damages and on the issue of whether replacement software comprises a derivative of the Contact.Net software.  QuinStreet and NarrowCast reserve the right to provide expert testimony to rebut any expert testimony offered by Cambridge.

**V.     JOINDER(S) OF PARTIES AND AMENDMENT OF PLEADINGS**

The parties recommend **December 14, 2012**, as the cut-off date for filing any motion to amend the pleadings and/or to add additional parties.

**VI.   ALL DISCOVERY**

Cambridge does not suggest any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure, with one exception. Cambridge requests that it be permitted to take up to 20 depositions.

| | |
|---|---|
| Fact discovery closes: | **June 28, 2013** |
| Produce opening expert reports: | **July 29, 2013** |
| Produce rebuttal expert reports: | **August 26, 2013** |
| Expert Discovery closes: | **September 23, 2013** |

The parties expect to file a Proposed Stipulated Protective Order for the Court's approval in **November 2012**.

**VII.   DISPOSITIVE AND OTHER MOTIONS**

Dispositive motion deadline:   **October 28, 2013**.

**VIII.   SETTLEMENT CONFERENCE**

The parties have a settlement conference with Magistrate Whalin on November 30, 2012. *See* Dkt. 21.

**IX.   PRE-TRIAL CONFERENCE**

Cambridge suggests the pre-trial conference be held on **December 16, 2013**.

**X.   CASE COMPLEXITY**

The parties agree that this is a complex case and could be tried within 2 years.

**XI.   TRIAL**

Cambridge estimates a trial on the merits will take approximately 3-4 days. Cambridge should be ready for trial by **January 6, 2014**.

**XII.   JURY TRIAL REQUEST**

The parties have requested a jury trial.

Dated October 9, 2012.

Jointly submitted:

| | |
|---|---|
| /s/ *P. Andrew Blatt* | /s/ *David A. Calhoun* |
| Brett A. Schatz | David A. Calhoun |
| bschatz@whe-law.com | dcalhoun@wyattfirm.com |
| P. Andrew Blatt (admitted *Pro Hac Vice*) | Matthew A. Williams |
| dblatt@whe-law.com | mwilliams@wyattfirm.com |
| Stephen E. Gillen (admitted *Pro Hac Vice*) | J. Brooken Smith |
| sgillen@whe-law.com | bsmith@wyattfirm.com |
| WOOD, HERRON & EVANS, LLP | WYATT, TARRANT & COMBS, LLP |
| 2700 Carew Tower | 500 West Jefferson Street, Suite 2800 |
| Cincinnati, Ohio 45202-2917 | Louisville, Kentucky 40202-2898 |
| Tel.: (513) 241-2324 | Phone: (502) 589.5235 |
| Fax: (513) 241-6234 | Facsimile: (502) 589-0309 |
| | |
| ***Attorneys for Plaintiff Cambridge Business Solutions, Inc.*** | ***Counsel for Defendants, Quinstreet, Inc. and Narrowcast Group, LLC*** |

## CERTIFICATE OF SERVICE

This is to certify that on this the 9th day of October, 2012 the foregoing **LITIGATION PLAN AND DISCOVERY SCHEDULE OUTLINE** was filed with the Clerk using the Court's CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                           */s/ P. Andrew Blatt*
                                                           P. Andrew Blatt