**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CAMBRIDGE BUSINESS SOLUTIONS**                          **PLAINTIFF**

vs                                                 **CIVIL ACTION NO.  3:12CV-243-CRS**

**QUINSTREET et al**                                              **DEFENDANT**

**MEMORANDUM OF RULE 16 SCHEDULING CONFERENCE AND ORDER**

A Rule 16 Scheduling Conference was conducted in this matter on October 24, 2012, with the following counsel participating:

    For the Plaintiff:    P. Andrew Blatt and Stephen E. Gillen, by phone
    For the Defendant:   David A. Calhoun, John Brooken Smith, and Matthew A. Williams, by phone

After discussion of the case with counsel, the Court will adopt the parties' Report of Planning Meeting and Proposed Discovery Plan and the following schedule is established for the preparation of this case for trial.

1.   Counsel shall complete the exchange of the information required by Fed. R. Civ. P. 26 (a)(l) **by no later than October 9, 2012.**

2.   Reports from retained experts under Rule 26(a)(2) shall be furnished by plaintiff **no later than July 29, 2013** and by defendant **no later than August 26, 2013**. With respect to each treating physician who is expected to testify at trial in person or by deposition, the party who will call the witness shall disclose in writing the substance of the facts and opinion to which the physician is expected to testify and a summary of the grounds for each opinion.  This requirement may be satisfied by furnishing a report signed by the treating physician or by a narrative disclosure.  No deposition of any treating physician shall be conducted until after the required disclosure is made.

In the absence of good cause shown, no witness shall be permitted to testify except upon compliance with the provisions of this order.

3. Any motions for joinder of parties or amendment of pleadings shall be filed **no later than December 14, 2012.**

4. All discovery shall be completed **by no later than September 23, 2013.**

5. All potentially dispositive motions shall be filed **no later than October 28, 2013.**

The parties are prepared to go forward with the settlement conference previously scheduled for Friday, November 30, 2012 at 9:30 a.m. before Dave Whalin, United States Magistrate Judge.

**IT IS SO ORDERED** this 24th day of October, 2012.

        ENTERED BY ORDER OF COURT:
        **DAVE WHALIN, MAGISTRATE JUDGE**
        **UNITED STATES DISTRICT COURT**
        VANESSA L. ARMSTRONG, CLERK
        By:    */s/ Ashley Henry*
              Deputy Clerk

Copies to counsel

20