UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | | |
|---|---|---|
| CAMBRIDGE BUSINESS SOLUTIONS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | Civil Action No. 3:12-CV-00243-CRS |
| QUINSTREET, INC., et al | ) ) | |
| DEFENDANTS | ) ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Lisa C. DeJaco of the law firm, Wyatt, Tarrant & Combs, LLP, hereby enters her appearance as one of counsel for the Defendants, QuinStreet, Inc. and NarrowCast Group, LLC.

Respectfully submitted,

 s/David A. Calhoun
David A. Calhoun
Lisa C. DeJaco
J. Brooken Smith
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Phone:  (502) 589.5235
Facsimile:  (502) 589-0309
ldejaco@wyattfirm.com

*Counsel for Defendants, Quinstreet, Inc. and Narrowcast Group, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on **November 1, 2012** I served the foregoing Initial Disclosures via Electronic Mail and U.S. Mail to:

Brett A. Schatz
bschatz@whe-law.com
Paul Andrew Blatt
dblatt@whe-law.com
Stephen E. Gillen, Esq.
sgillen@whe-law.com
Wood Herron & Evans LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917

                              s/David A. Calhoun
                              *One of Counsel for Defendants*

60278521.1