UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

*Electronically Filed*

| | | |
|---|---|---|
| CAMBRIDGE BUSINESS SOLUTIONS, INC. | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | Civil Action No. 3:12-CV-00243-CRS |
| QUINSTREET, INC., et al | ) ) | |
| DEFENDANTS | ) | |

## **AGREED ORDER**

By agreement of Plaintiff Cambridge Business Solutions, Inc., by counsel, and Defendants QuinStreet, Inc. and NarrowCast Group, LLC, by counsel, and the Court being otherwise sufficiently advised, it is **HEREBY ORDERED** that Defendants shall have up to and including Wednesday November 21, 2012, to file their Answer to Plaintiff's Amended Complaint.


2

| s / P. Andrew Blatt | s / J. Brooken Smith |
|---|---|
| With Permission by J. Brooken Smith | David A. Calhoun |
| P. Andrew Blatt (admitted Pro Hac Vice) | dcalhoun@wyattfirm.com |
| dblatt@whe-law.com | Lisa C. DeJaco |
| Brett A. Schatz | ldejaco@wyattfirm.com |
| bschatz@whe-law.com | J. Brooken Smith |
| Stephen E. Gillen (admitted Pro Hac Vice) | bsmith@wyattfirm.com |
| SGillen@whe-law.com | WYATT, TARRANT & COMBS, LLP |
| WOOD, HERRON & EVANS, LLP | 500 West Jefferson Street, Suite 2800 |
| 2700 Carew Tower | Louisville, Kentucky 40202-2898 |
| Cincinnati, Ohio  45202-2917 | Phone:  (502) 589.5235 |
| Phone:  (513) 241-2324 | Facsimile:  (502) 589-0309 |
| Facsimile:  (513) 241-6234 | **Counsel for Defendants** |
| **Counsel for Plaintiff** | |

60288733.3