UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

*Electronically Filed*

| | | |
|---|---|---|
| CAMBRIDGE BUSINESS SOLUTIONS, INC. | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12-CV-00243-CRS |
| | ) | |
| QUINSTREET, INC., et al | ) | |
| | ) | |
| DEFENDANTS | ) | |

**AGREED ORDER**

By agreement of Plaintiff Cambridge Business Solutions, Inc., by counsel, and Defendants QuinStreet, Inc. and NarrowCast Group, LLC, by counsel, and the Court being otherwise sufficiently advised, it is **HEREBY ORDERED** that Defendants shall have up to and including Wednesday November 21, 2012, to file their Answer to Plaintiff's Amended Complaint.

2

 s / P. Andrew Blatt _____
With Permission by J. Brooken Smith
P. Andrew Blatt (admitted Pro Hac Vice)
dblatt@whe-law.com
Brett A. Schatz
bschatz@whe-law.com
Stephen E. Gillen (admitted Pro Hac Vice)
SGillen@whe-law.com
WOOD, HERRON & EVANS, LLP
2700 Carew Tower
Cincinnati, Ohio  45202-2917
Phone:  (513) 241-2324
Facsimile:  (513) 241-6234
**Counsel for Plaintiff**

 s / J. Brooken Smith
David A. Calhoun
dcalhoun@wyattfirm.com
Lisa C. DeJaco
ldejaco@wyattfirm.com
J. Brooken Smith
bsmith@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Phone:  (502) 589.5235
Facsimile:  (502) 589-0309
**Counsel for Defendants**

60288733.3