**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE**

**CAMBRIDGE BUSINESS SOLUTIONS**                                        **PLAINTIFF**

**v.**                         **CIVIL ACTION NO.  3:12-CV-243-S**

**QUINSTREET, et al.**                                                    **DEFENDANTS**

**REPORT ON SETTLEMENT CONFERENCE**

A settlement conference was conducted before the Magistrate Judge on Friday, November 30, 2012, with the following appearances:

FOR THE PLAINTIFF:  Andrew Blatt and Stephen E. Gillen, counsel; Steve Hardin, Plaintiff  representative.

FOR THE DEFENDANT:  David Calhoun, Lisa DeJaco, Patrick Mattingly, Tom Cottingham, counsel; Ken Hahn, Defendant representative.

Settlement negotiations were conducted but the parties were unable to reach an agreement.  Further settlement conferences will be scheduled if so requested by the parties or upon further order of the Court.

Copies to Counsel of Record

TIC:  4/00